# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WOODLOCK, DOUGLAS P. | DISTRICT OF MASSACHUSETTS | 7/1/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE U. S. DISTRICT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
Suite 4110, 1 Courthouse Way
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |
| 2. Trustee | Trust No. 2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Provided care and assistance for elderly relative. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Liquidated 2001 | | | | | | | | | |
| 2. Liquidated 2001 | | | | | | | | | |
| 3. Fidelity Cash Reserves (Money Market) [FDRXX] | A | Dividend | J | T | | | | | |
| 4. Liquidated 2010 | | | | | | | | | |
| 5. No longer reportable | | | | | | | | | |
| 6. Liquidated 2000 | | | | | | | | | |
| 7. Liquidated 1995 | | | | | | | | | |
| 8. Liquidated 1993 | | | | | | | | | |
| 9. Liquidated 2002 | | | | | | | | | |
| 10. Liquidated 1993 | | | | | | | | | |
| 11. Liquidated 2004 | | | | | | | | | |
| 12. Liquidated 1995 | | | | | | | | | |
| 13. Fidelity GNMA [FGMNX] | C | Dividend | M | T | Buy (add'l) | 02/03/12 | J | | |
| 14. Liquidated 2010 | | | | | | | | | |
| 15. Fidelity Growth Company [FGDRX] | C | Dividend | M | T | | | | | |
| 16. Liquidated 2010 | | | | | | | | | |
| 17. Liquidated 1995 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Liquidated 1995 | | | | | | | | | |
| 19. Liquidated 2010 | | | | | | | | | |
| 20. Liquidated 1999 | | | | | | | | | |
| 21. T.Rowe Price Small Cap [OTCFX] | A | Dividend | L | T | | | | | |
| 22. Liquidated 1998 | | | | | | | | | |
| 23. Liquidated 2007 | | | | | | | | | |
| 24. Liquidated 2005 | | | | | | | | | |
| 25. Liquidated 1998 | | | | | | | | | |
| 26. First Nat'l Bank of Ipswich (Checking/ Savings) | A | Interest | L | T | | | | | |
| 27. Liquidated 1998 | | | | | | | | | |
| 28. Liquidated 1998 | | | | | | | | | |
| 29. Liquidated 1998 | | | | | | | | | |
| 30. Liquidated 1995 | | | | | | | | | |
| 31. Liquidated 1999 | | | | | | | | | |
| 32. Liquidated 1999 | | | | | | | | | |
| 33. Liquidated 1996 | | | | | | | | | |
| 34. Liquidated 1996 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Liquidated 2005 | | | | | | | | | |
| 36. Liquidated 2002 | | | | | | | | | |
| 37. Liquidated 2006 | | | | | | | | | |
| 38. No longer reportable 2002 | | | | | | | | | |
| 39. Liquidated 2007 | | | | | | | | | |
| 40. Liquidated 2008 | | | | | | | | | |
| 41. Fidelity Disciplined Equity [FDEXQ] | C | Dividend | M | T | | | | | |
| 42. Fidelity Stock Selector [FDSSX] | A | Dividend | K | T | Sold (part) | 02/02/12 | J | A | |
| 43. No longer reportable 2011 | | | | | | | | | |
| 44. No longer reportable 2002 | | | | | | | | | |
| 45. Liquidated 1996 | | | | | | | | | |
| 46. Liquidated 2001 | | | | | | | | | |
| 47. Liquidated 2000 | | | | | | | | | |
| 48. Liquidated 2004 | | | | | | | | | |
| 49. Davis New York Venture Fund, C1.A [NYVTX] | D | Dividend | M | T | Sold (part) | 01/17/12 | L | E | |
| 50. | | | | | Sold (part) | 04/24/12 | M | E | |
| 51. | | | | | Sold (part) | 05/14/12 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/26/12 | J | C | |
| 53. | | | | | Sold (part) | 12/10/12 | K | C | |
| 54.   Liquidated 2007 | | | | | | | | | |
| 55.   T.Rowe Price Blue Chip Growth [TRBCX] [FRSRX] | A | Dividend | K | T | Sold (part) | 05/14/12 | L | E | |
| 56. | | | | | Sold (part) | 07/31/12 | K | D | |
| 57.   Franklin Small Mid-Cap Growth C1.A [FRSGX] [X] | A | Dividend | | | Sold | 12/10/12 | K | B | |
| 58.   Liquidated 1999 | | | | | | | | | |
| 59.   Liquidated 1999 | | | | | | | | | |
| 60.   Liquidated 1999 | | | | | | | | | |
| 61.   Liquidated 1999 | | | | | | | | | |
| 62.   Liquidated 1999 | | | | | | | | | |
| 63.   Liquidated 1998 | | | | | | | | | |
| 64.   Liquidated 1998 | | | | | | | | | |
| 65.   Liquidated 2000 | | | | | | | | | |
| 66.   Liquidated 2000 | | | | | | | | | |
| 67.   Liquidated 2006 | | | | | | | | | |
| 68.   Liquidated 2000 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Liquidated 2007 | | | | | | | | | |
| 70. Liquidated 2007 | | | | | | | | | |
| 71. Liquidated 2000 | | | | | | | | | |
| 72. Liquidated 2007 | | | | | | | | | |
| 73. Liquidated 2007 | | | | | | | | | |
| 74. Vanguard Prime (Money Market) [VMMXX] | A | Dividend | L | T | | | | | |
| 75. Liquidated 2007 | | | | | | | | | |
| 76. Vanguard Long Term Investment Grade [VWETX] | D | Dividend | M | T | Sold (part) | 06/14/12 | K | D | |
| 77. Liquidated 2006 | | | | | | | | | |
| 78. Liquidated 2000 | | | | | | | | | |
| 79. Liquidated 2010 | | | | | | | | | |
| 80. Liquidated 2005 | | | | | | | | | |
| 81. Liquidated 2005 | | | | | | | | | |
| 82. Vanguard Mid-Cap Index [VIMAX] | B | Dividend | M | T | Sold (part) | 05/21/12 | K | E | |
| 83. Vanguard Value Index [VVIAX] | B | Dividend | M | T | Sold (part) | 05/21/12 | L | E | |
| 84. Vanguard 500 Index [VFIAX] | B | Dividend | M | T | Sold (part) | 05/18/12 | K | C | |
| 85. Vanguard Intermediate Term Bond Index [VBILX] | D | Dividend | M | T | Sold (part) | 06/14/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Vanguard Short Term Bond Index [VBIRX] | B | Dividend | L | T | Sold (part) | 06/14/12 | K | C | |
| 87. Vanguard Treasury (Money Market) [VUSXX] | A | Dividend | J | T | | | | | |
| 88. Liquidated 2001 | | | | | | | | | |
| 89. Liquidated 2001 | | | | | | | | | |
| 90. Liquidated 2000 | | | | | | | | | |
| 91. Liquidated 2010 | | | | | | | | | |
| 92. Liquidated 2005 | | | | | | | | | |
| 93. Liquidated 2005 | | | | | | | | | |
| 94. Liquidated 2007 | | | | | | | | | |
| 95. Liquidated 2001 | | | | | | | | | |
| 96. Liquidated 2005 | | | | | | | | | |
| 97. Fidelity Advisor High Inc. Advantage, Cl.T [FAHYX] | B | Dividend | | | Sold | 04/24/12 | L | D | |
| 98. Sequoia [SEQUX] | | None | M | T | Sold (part) | 02/02/12 | K | D | |
| 99. | | | | | Sold (part) | 02/03/12 | K | D | |
| 100. | | | | | Sold (part) | 04/24/12 | K | D | |
| 101. | | | | | Sold (part) | 04/25/12 | K | D | |
| 102. Liquidated 2007 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. T. Rowe Price Mid-Cap Value [TRMCX] | C | Dividend | M | T | Sold (part) | 03/29/12 | J | | |
| 104. | | | | | Sold (part) | 05/14/12 | L | C | |
| 105. | | | | | Sold (part) | 06/04/12 | J | B | |
| 106. Liquidated 2007 | | | | | | | | | |
| 107. Wellington Shields Brokerage Sweep-Wells Fargo (X) | A | Dividend | M | T | | | | | |
| 108. Liquidated 2007 | | | | | | | | | |
| 109. Liquidated 2005 | | | | | | | | | |
| 110. Liquidated 2007 | | | | | | | | | |
| 111. T. Rowe Price Value [TRVLX] | A | Dividend | L | T | | | | | |
| 112. Vanguard Small-Cap Index [VSMAX] | B | Dividend | L | T | Sold (part) | 02/03/12 | K | C | |
| 113. | | | | | Sold (part) | 05/21/12 | K | D | |
| 114. Vanguard Extended Market Index [VEXAX] | B | Dividend | M | T | Sold (part) | 05/21/12 | L | D | |
| 115. T. Rowe Price New American Growth [PRWAX](X) | A | Dividend | L | T | Sold (part) | 05/15/12 | K | B | |
| 116. Liquidated 2010 | | | | | | | | | |
| 117. Liquidated 2008 | | | | | | | | | |
| 118. No longer reportable 2011 | | | | | | | | | |
| 119. T. Rowe Price Emerging Mkts. [PRMSX] | A | Dividend | K | T | Sold (part) | 05/15/12 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Dodge & Cox International [DODFX] | B | Dividend | L | T | | | | | |
| 121. Dodge & Cox Income [DODIX] | C | Dividend | L | T | Buy (add'l) | 01/11/12 | J | | |
| 122. T.Rowe Price Mid-Cap Growth [RPMGX] | A | Dividend | J | T | | | | | |
| 123. Liquidated 2010 | | | | | | | | | |
| 124. Liquidated 2008 | | | | | | | | | |
| 125. Liquidated 2010 | | | | | | | | | |
| 126. Liquidated 2010 | | | | | | | | | |
| 127. Vanguard Int'l Stock Index[VITAX](X) | B | Dividend | L | T | | | | | |
| 128. Vanguard Total Bond Index [VBTLX](X) | C | Dividend | M | T | | | | | |
| 129. Vanguard Total Stock Index [VTSAX](X) | C | Dividend | M | T | | | | | |
| 130. Fidelity Spartan 500 Index [FUSVX] | C | Dividend | M | T | | | | | |
| 131. Fidelity Spartan Extended Market [FSEVX] | D | Dividend | M | T | | | | | |
| 132. Fidelity Spartan In'tl Index [FSIVX] | C | Dividend | M | T | | | | | |
| 133. Bank of America accounts (X) | A | Interest | L | T | | | | | |
| 134. 3M Co. [MMM] (X) | | None | K | T | | | | | |
| 135. Accenture common [ACN] (X) | | None | K | T | | | | | |
| 136. Activision Blizzard common [ATVI] (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Advanced Photonix common [API] (X) | | None | J | T | | | | | |
| 138. Air Products & Chem. common [APD] (X) | | None | K | T | | | | | |
| 139. American Int'l Group common [AIG] (X) | | None | J | T | | | | | |
| 140. American Int'l Group warrants [AIGWS] (X) | | None | J | T | | | | | |
| 141. Amphenol common [APH] (X) | | None | K | T | | | | | |
| 142. Apple common [AAPL] (X) | | None | M | T | Buy (add'l) | 07/03/12 | J | | |
| 143. Autoliv Inv. common [ALV] (X) | | None | K | T | | | | | |
| 144. Bank of America common [BAC] (X) | | None | J | T | Donated (part) | | | | |
| 145. Bed Bath and Beyond common [BBB] (X) | | None | K | T | | | | | |
| 146. Brooks Automation common [BRKS] (X) | A | Dividend | J | T | | | | | |
| 147. Cameco common [CCJ] (X) | | None | J | T | | | | | |
| 148. Chevron common [CVX] (X) | | None | | | Sold | 06/12/12 | L | | |
| 149. Chipolte common [CMG] (X) | | None | K | T | Sold (part) | 09/20/12 | J | | |
| 150. Cisco Systems common [CSCO] (X) | | None | | | Sold | 11/15/12 | K | | |
| 151. Citigroup common [C] (X) | | None | J | T | Donated (part) | | | | |
| 152. Cochlear common [CHEOY] (X) | | None | J | T | | | | | |
| 153. Cognex common [CGNX] (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Comcast common [CMCSA] (X) | | None | | | Donated | | | | |
| 155. Costco common [COST] (X) | A | Dividend | J | T | | | | | |
| 156. Danaher common [DNH] (X) | A | Dividend | M | T | | | | | |
| 157. Deere common [DE] (X) | | None | M | T | | | | | |
| 158. Dentsply Int'l common [XRAY] (X) | | None | K | T | | | | | |
| 159. Dominion Resources common [D] (X) | | None | K | T | | | | | |
| 160. Dunkin Brands common [DNKN] (X) | | None | J | T | | | | | |
| 161. Eastman Chemical common [EMN] (X) | A | Dividend | K | T | Donated (part) | | | | |
| 162. Edison Int'l common [EIX] (X) | | None | J | T | | | | | |
| 163. Engility Holdings common [EGL] (X) | | None | J | T | Spinoff (from line 181) | 07/18/12 | J | | |
| 164. Ensco common [ESV] (X) | | None | J | T | | | | | |
| 165. Entergris common [ENTG] (X) | | None | | | Sold | 11/12/12 | K | | |
| 166. Enterprise Products common [EPD] (X) | | None | K | T | Sold (part) | 11/12/12 | J | | |
| 167. FTI Consulting common [FCN] (X) | | None | J | T | | | | | |
| 168. Freeport McMoran common [FCX] (X) | | None | J | T | | | | | |
| 169. General Electric common [GE] (X) | | None | K | T | | | | | |
| 170. Goldman Sachs common [GS] (X) | | None | K | T | Sold (part) | 09/20/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Google common [GOOG] (X) | | None | M | T | Donated (part) | | | | |
| 172. Herbalife common [HLF] (X) | | None | K | T | | | | | |
| 173. Home Depot common [HD] (X) | | None | K | T | | | | | |
| 174. Honeywell Int'l common [HON] (X) | | None | | | Sold | 06/08/12 | K | | |
| 175. Intel common [INTC] (X) | | None | M | T | Sold (part) | 11/15/12 | K | | |
| 176. Int'l Business Machines common [IBM] (X) | | None | M | T | | | | | |
| 177. Int'l Flavors & Frag. common [IFF] (X) | A | Dividend | | | Donated | | | | |
| 178. Irobot common [IRBT] (X) | | None | J | T | | | | | |
| 179. J.P. Morgan Chase common [JPM] (X) | | None | L | T | | | | | |
| 180. KLA-Tencor common [KLAC] (X) | | None | J | T | | | | | |
| 181. L-3 Communications common [LLL] (X) | | None | J | T | | | | | |
| 182. Las Vegas Sands common [LVS] (X) | B | Dividend | K | T | Sold (part) | 09/20/12 | J | | |
| 183. Lincoln National common [LNC] (X) | | None | J | T | | | | | |
| 184. Materion common [MTRN] (X) | | None | K | T | Sold (part) | 09/20/12 | J | A | |
| 185. Mattel common [MAT] (X) | | None | K | T | | | | | |
| 186. McDonalds common [MCD] (X) | | None | K | T | Sold (part) | 09/20/12 | J | | |
| 187. Mohawk common [MHK] (X) | | None | K | T | Sold (part) | 11/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Monsanto common [MON] (X) | | None | | | Donated | | | | |
| 189. Newmont Mining [NEM] (X) | | None | K | T | | | | | |
| 190. Nuance Comm. common [NUAN] (X) | | None | J | T | Sold (part) | 11/12/12 | J | | |
| 191. Oracle common [ORCL] (X) | A | Dividend | | | Donated | | | | |
| 192. Parker Hannifin common [PH] (X) | | None | K | T | | | | | |
| 193. Pepsico common [PEP] (X) | | None | K | T | | | | | |
| 194. Republic Services common [RSG] (X) | | None | J | T | | | | | |
| 195. Royal Carib. Cruises common [RCD] (X) | A | Dividend | | | Donated | | | | |
| 196. Scana common [SCG] (X) | | None | K | T | | | | | |
| 197. Scotts Miracle Grow common [SMG] (X) | | None | J | T | Sold (part) | 11/12/12 | K | | |
| 198. Select Comfort Group common [SCSS] (X) | | None | K | T | | | | | |
| 199. Stericycle common [SRCL] (X) | | None | K | T | | | | | |
| 200. T.Rowe Price common [TROW] (X) | A | Dividend | K | T | | | | | |
| 201. Teva Pharma. common [TEVA] (X) | | None | K | T | Sold (part) | 09/20/12 | J | | |
| 202. Texas Inst. common [TXN] (X) | | None | | | Sold | 11/15/12 | K | | |
| 203. Thermo Fisher Sci. common [TMO] (X) | | None | | | Sold (part) | 06/08/12 | L | | |
| 204. | | | | | Sold | 06/12/12 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. UnitedHealth Group common [UNH] (X) | A | Dividend | K | T | | | | | |
| 206. United Parcel Service common [UPS] (X) | | None | | | Sold | 06/08/12 | K | | |
| 207. US Bancorp common [USB] (X) | | None | K | T | | | | | |
| 208. US Steel common [X] (X) | | None | J | T | | | | | |
| 209. United Technologies common [UTX] (X) | | None | L | T | | | | | |
| 210. Valero Energy common [VLO] (X) | | None | K | T | | | | | |
| 211. Vical common [VICAL] (X) | | None | J | T | Sold (part) | 09/20/12 | J | A | |
| 212. Waters common [WAT] (X) | | None | | | Sold | 06/08/12 | L | | |
| 213. Wynn Resorts common [WYNN] (X) | | None | J | T | | | | | |
| 214. Xerox common [XRX] (X) | | None | J | T | | | | | |
| 215. Yum Brands common [YUM] (X) | | None | M | T | | | | | |
| 216. Euro Pac. Growth Fund [AEPGX] (X) | | None | L | T | | | | | |
| 217. First Eagle Global Fund [SGENX] (X) | | None | L | T | | | | | |
| 218. Matthews Int'l Pac. Tiger Fund [MAPTX] (X) | A | Dividend | K | T | | | | | |
| 219. Matthews Int'l China Fund [MCHFX] (X) | A | Dividend | K | T | | | | | |
| 220. Real Estate, Vero Beach, FL(X) | | None | | | Sold | 10/15/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 7/1/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I and Part VII:
All assets of the trusts identified in Part I are listed indidividually in Part VII

Part VIII, Lines 134-220:
The assets listed reflect a one third share as a beneficiary in the estate                    .  This share vested on the                    in mid-2012 and all transactions after that date - even those executed in the sole discretion of the trustee responsible for the administration of the estate - are reported despite the fact that the actual distributions of assets from the estate to beneficiaries did not begin until later in 2012.  Only income which was received directly by the beneficiary is reported; income received directly by the estate before asset distribution is not reported here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ DOUGLAS P. WOODLOCK

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544